IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  March 10, 2016 |
| Court Reporter:      Gwen Daniel | Probation: Anna Lokshina |
| | Time: 65 minutes |

_____

Criminal Action No.   12-cr-00242-WJM         <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Zachary Phillips
                                             Kasandra Carleton
         Plaintiff,

v.

8.  TODD JUSEPH TRUJILLO,                    Peter Menges

         Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - Violations of Supervised Release

10:00 a.m.     Court in Session

Defendant is present and in custody.

Oath administered to the defendant.

Defendant advised of the possible penalties and consequences.

Defendant's constitutional rights explained.

Defendant is advised of his right to a hearing.

Defendant admits to Violation Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 and 11.

Court accepts defendant's admissions.

1

Court FINDS defendant violated conditions of supervised release.

Sentencing Statement by Mr. Phillips

Sentencing Statement by Mr. Menges

Defendant's Allocution

**ORDERED:** **Mr. Todd Tujillo's Motion For A Variant Non-Guideline Sentence [1140] is granted in part and denied in part.**

**ORDERED:** **Defendant Todd Joseph Trujillo's Supervised Release is REVOKED.**

**Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of six months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give the defendant full credit for his time served in pre-hearing detention.**

**Upon his release from imprisonment, the defendant shall be placed on supervised release for a period of six months.**

**ORDERED:** **The defendant shall follow ALL Conditions of Supervised Release and Special Conditions of Supervised Release as set forth on the record, and will be reflected in the Court's Judgment.**

Defendant advised of his right to appeal the sentence imposed and in very limited circumstances his conviction by admission on the violations changed in the Supervised Release Petition.

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal**

11:05 a.m.    Hearing concluded